**DISMISS and Opinion Filed April 6, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00872-CV

## IN THE INTEREST OF C.L.R.A, A MINOR CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-55033-2021**

## MEMORANDUM OPINION

Before Justices Schenck, Molberg, and Pedersen, III
Opinion by Justice Schenck

After appellant failed to respond to our inquiry regarding the reporter's record, we ordered this appeal to be submitted without a reporter's record and for appellant to file her brief within thirty days. When appellant failed to do so, we directed appellant by postcard to file the brief within ten days and cautioned her that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

210872F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF C.L.R.A, A
MINOR CHILD

No. 05-21-00872-CV

On Appeal from the 469th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 469-55033-
2021.
Opinion delivered by Justice
Schenck. Justices Molberg and
Pedersen, III participating.

     In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered April 6, 2022